# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2008

*Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| SEYMOUR, STEPHANIE K. | U.S. COURT OF APPEALS | 5/13/2009 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. CIRCUIT JUDGE--SENIOR | ☐ Nomination, Date<br>☐ Initial ☑ Annual ☐ Final<br>5b. ☐ Amended Report | 01/01/2008 to 12/31/2008 |

| 7. Chambers or Office Address | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. |
|---|---|
| 4-562 U.S. COURTHOUSE<br>333 WEST FOURTH<br>TULSA, OK 74103-3877 | Reviewing Officer_____ Date_____ |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Executive Board Member | Oklahoma City University School of Law, Oklahoma City, OK |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

2009 MAY 14 A 11: 50
FINANCIAL DISCLOSURE OFFICE
RECEIVED

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

Seymour_Stephanie_K

| Name of Person Reporting | Date of Report |
|---|---|
| SEYMOUR, STEPHANIE K. | 5/13/2009 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2008 | self-employed - lawyer |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS – *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SEYMOUR, STEPHANIE K. | 5/13/2009 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

[✓] NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

[ ] NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | Bank of the West | Mortgage on lot in Mt. Crested Butte, CO | N |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SEYMOUR, STEPHANIE K. | 5/13/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Bank of Okla. Money Market | A | Interest | J | T | | | | | |
| 2. Bank of Okla. Money Market | A | Interest | L | T | | | | | |
| 3. F&M Bank Money Market | A | Interest | J | T | | | | | |
| 4. Condo, Tulsa, OK (purchased 11/27/1995) | | None | M | R | | | | | |
| 5. Lot in Mt. Crested Butte, CO (purchased 8/2004) | | None | O | R | | | | | |
| 6. IRA, Merrill Lynch, Tulsa | C | Dividend | M | T | | | | | |
| 7. -Merrill Lynch Cash Fund | | | | | | | | | |
| 8. -Abbott Labs | | | | | | | | | |
| 9. -IShares MSCI EAFE | | | | | | | | | |
| 10. -Rydex ETF TR | | | | | | | | | • |
| 11. -US Treasury Bill | | | | | Redeemed | 2/14 | M | B | |
| 12. Brokerage #1 | | | | | | | | | |
| 13. -ML Bank Deposit Fund | | | | | | | | | |
| 14. -Heinz HJ Co. (HNZ) | B | Dividend | K | T | | | | | |
| 15. -IShares MSCI EAFE (EFA) | B | Dividend | K | T | | | | | |
| 16. Brokerage #2 | | | | | | | | | |
| 17. -Merrill Lynch Cash Fund | C | Interest | M | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SEYMOUR, STEPHANIE K. | 5/13/2009 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. -BOK Fincl. Corp. New (BOKF) | A | Dividend | | | Sold | 4/18 | L | E | |
| 19. | A | Dividend | K | T | Buy | 6/10 | J | | |
| 20. | | | | | Buy (add'l) | 6/11 | K | | |
| 21. -Hewlett Packard Co. Del. (HPQ) | A | Dividend | K | T | | | | | |
| 22. -IShares MSCI EAFE (EFA) | A | Dividend | K | T | | | | | |
| 23. -Kellogg Co PV 25CT (K) | A | Dividend | J | T | | | | | |
| 24. -MLP & Strategic Equity Fund | C | Dividend | L | T | Buy | 5/22 | K | | |
| 25. | | | | | Buy (add'l) | 5/23 | K | | |
| 26. | | | | | Buy (add'l) | 5/28 | K | | |
| 27. -Royal Dutch Shell PLC (RDSA) | B | Dividend | L | T | | | | | |
| 28. -Starbucks Corp. (SBUV) | | None | K | T | | | | | |
| 29. Brokerage #3 | | | | | | | | | |
| 30. - M-L Cash Funds | A | Interest | K | T | | | | | |
| 31. -Amex Technology Select SPDR (XLK) | D | Dividend | O | T | Buy | 3/24 | P1 | | |
| 32. -Bank of America | C | Dividend | K | T | | | | | |
| 33. -BOK Financial Corp. | D | Dividend | O | T | Transferred (from line 89) | 3/25 | J | | |
| 34. | | | | | Sold (part) | 4/18 | N | F | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SEYMOUR, STEPHANIE K. | 5/13/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 35. | | | | | Sold (part) | 4/24 | N | E | |
| 36. | | | | | Sold (part) | 4/28 | O | F | |
| 37. | | | | | Sold (part) | 4/29 | J | B | |
| 38. | | | | | Sold (part) | 4/30 | L | D | |
| 39. | | | | | Sold | 5/1 | L | D | |
| 40. | | | | | Buy | 6/4 | O | | |
| 41. | | | | | Buy (add'l) | 6/5 | M | | |
| 42. | | | | | Buy (add'l) | 6/6 | M | | |
| 43. -Duke Energy (DUK) | C | Dividend | L | T | | | | | |
| 44. -General Electric (GE) | C | Dividend | K | T | | | | | |
| 45. -Greenbrier Cos. | A | Dividend | K | T | | | | | |
| 46. -Health Care Select SPDR (XLV) | D | Dividend | O | T | Buy | 3/24 | P1 | | |
| 47. -HSBC Hldg. (HBC) | B | Dividend | L | | | | | | |
| 48. -IShares MSCI EAFE Index (EFA) | E | Dividend | N | T | | | | | |
| 49. -IShares Russell 1000 (IWF) | D | Dividend | O | T | Buy | 3/24 | O | | |
| 50. -Johnson & Johnson (JNJ) | C | Dividend | L | T | | | | | |
| 51. -Kellogg Co. PV 25 CT (K) | B | Dividend | L | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =S1,000 or less F =S50,001 - S100,000 | B =S1,001 - S2,500 G =S100,001 - S1,000,000 | C =S2,501 - S5,000 H1 =S1,000,001 - S5,000,000 | D =S5,001 - S15,000 H2 =More than S5,000,000 | E =S15,001 - S50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =S15,000 or less N =S250,001 - S500,000 P3 =S25,000,001 - S50,000,000 | K =S15,001 - S50,000 O =S500,001 - S1,000,000 | L =S50,001 - S100,000 P1 =S1,000,001 - S5,000,000 P4 =More than S50,000,000 | M =S100,001 - S250,000 P2 =S5,000,001 - S25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| SEYMOUR, STEPHANIE K. | 5/13/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. -MLP & Strategic Equity | C | Dividend | L | T | Buy | 5/29 | L | | |
| 53. -Pfizer Inc. (PFE) | D | Dividend | L | T | | | | | |
| 54. -Proctor & Gamble (PG) | B | Dividend | L | T | | | | | |
| 55. -Standard & Poors Dep Rcpt (SPY) | D | Dividend | O | T | Buy | 3/24 | P1 | | |
| 56. -York Tot Access II LLC Class C | | None | N | T | | | | | See Part VIII |
| 57. IRA, Blackrock Balanced | A | Dividend | J | T | | | | | |
| 58. Keogh Plan, Merrill Lynch, Tulsa | E | Int./Div. | P1 | T | | | | | |
| 59. -Merrill Lynch Cash Fund | | | | | | | | | |
| 60. -Anheuser Busch (BUD) | | | | | Sold | 11/18 | M | E | |
| 61. -BOK Financial Corp. (BOKF) | | | | | Sold | 5/1 | N | G | |
| 62. | | | | | Buy | 6/4 | N | | |
| 63. -Caterpillar Inc. (CAT) | | | | | | | | | |
| 64. -Coca Cola (KO) | | | | | | | | | |
| 65. -Currency Shares Euro TR | | | | | | | | | |
| 66. -IShares MSCI EAFE (EFA) | | | | | | | | | |
| 67. -IShares MSCI Emerging (EEM) | | | | | | | | | |
| 68. -Oneok Inc. | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SEYMOUR, STEPHANIE K. | 5/13/2009 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 69. -Rydex Inverse Gov't | | | | | Buy (add'l) | 5/20 | M | | |
| 70. -3m Co. (MMM) | | | | | Buy (add'l) | 5/19 | L | | |
| 71. -US Treasury Bill #1 | | | | | Redeem | 2/14 | M | C | |
| 72. -Wms.Comm.Grp.SrRdmbleNtes | | | | | | | | | |
| 73. -York Access LTD. | | | | | | | | | |
| 74. Brokerage #4 | | | | | | | | | |
| 75. -Chas. Schwab Cash Reserve | E | Dividend | | | Closed | 2/29 | P1 | | |
| 76. -Abercrombie & Fitch CL A (ANF) | A | Dividend | | | Buy | 2/20 | M | | |
| 77. | | | | | Sold | 3/12 | M | | |
| 78. -ABB Ltd ADR F (ABB) | | None | | | Buy | 2/27 | M | | |
| 79. | | | | | Sold | 3/20 | M | D | |
| 80. -Akamai Technologies (AKAM) | | None | | | Buy | 1/2 | L | | |
| 81. | | | | | Sold | 1/24 | L | | |
| 82. -Apache Corp. (APA) | | None | | | Buy | 2/28 | M | | |
| 83. | | | | | Sold | 3/20 | M | A | |
| 84. -Apple Inc. (AAPL) | | None | | | Buy (add'l) | 1/9 | K | | |
| 85. | | | | | Buy (add'l) | 1/22 | K | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SEYMOUR, STEPHANIE K. | 5/13/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. | | | | | Buy (add'l) | 2/27 | M | | |
| 87. | | | | | Sold | 3/20 | M | | |
| 88.   -BOK Financial New (BOKF) | | | | | Buy | 3/14 | P1 | | |
| 89. | | | | | Transferred (to line 33) | 3/25 | J | | |
| 90.   -China Mobile ADR F Sponsored (CHL) | | | | | Buy | 1/2 | L | | |
| 91. | | | | | Buy | 2/27 | M | | |
| 92. | | | | | Sold | 3/20 | M | | |
| 93.   -CISCO Systems Inc. | | None | | | Buy | 1/2 | M | | |
| 94. | | | | | Sold | 2/12 | M | | |
| 95.   -CME Group Inc. (CME) | A | Dividend | | | Buy (add'l) | 1/2 | L | | |
| 96. | | | | | Sold | 3/20 | L | | |
| 97.   -Cognizant Tech (CTSH) | | None | | | Buy (add'l) | 1/9 | M | | |
| 98. | | | | | Sold | 3/20 | M | | |
| 99.   EMC Corp Mass (EMC) | | None | | | Buy | 1/22 | M | | |
| 100. | | | | | Sold | 3/13 | M | E | |
| 101.   -Fluor Corp. New (FLR) | | None | | | Buy (add'l) | 1/9 | L | | |
| 102. | | | | | Buy (add'l) | 1/22 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| SEYMOUR, STEPHANIE K. | 5/13/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 103. | | | | | Sold | 3/20 | M | | |
| 104. -General Cable | | None | | | Buy (add'l) | 1/2 | M | | |
| 105. | | | | | Buy (add'l) | 2/12 | L | | |
| 106. | | | | | Sold | 3/20 | N | | |
| 107. -GFI Group Inc. (GFIG) | B | Dividend | | | Buy | 1/9 | K | | |
| 108. | | | | | Buy (add'l) | 2/22 | M | | |
| 109. | | | | | Sold | 3/20 | M | | |
| 110. -Goldman Sachs (GS) | A | Dividend | | | Buy (add'l) | 1/9 | L | | |
| 111. | | | | | Buy (add'l) | 2/14 | M | | |
| 112. | | | | | Sold | 3/20 | M | | |
| 113. -Google Inc. (GOOG) | | None | | | Buy (add'l) | 1/9 | K | | |
| 114. | | | | | Buy (add'l) | 1/24 | K | | |
| 115. | | | | | Buy (add'l) | 1/22 | K | | |
| 116. | | | | | Sold | 2/6 | M | | |
| 117. -Hologic Inc. (HOLX) | | None | | | Buy (add'l) | 1/18 | K | | |
| 118. | | | | | Buy (add'l) | 2/14 | M | | |
| 119. | | | | | Sold | 3/20 | M | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SEYMOUR, STEPHANIE K. | 5/13/2009 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. -Honeywell Int'l (HON) | A | Dividend | | | Buy (add'l) | 1/2 | L | | |
| 121. | | | | | Sold | 3/20 | M | | |
| 122. -Joy Global (JOYG) | | None | | | Sold | 1/31 | K | C | |
| 123. -Las Vegas Sands Corp. (LVS) | | None | | | Buy | 1/22 | M | | |
| 124. | | | | | Sold | 2/8 | M | E | |
| 125. -Lifetime Fitness (LTM) | | None | | | Sold (part) | 1/2 | K | | |
| 126. | | | | | Buy (add'l) | 2/22 | M | | |
| 127. | | | | | Sold | 3/20 | M | | |
| 128. -MEMC Electrnc Materials (WFR) | | None | | | Buy | 1/4 | M | | |
| 129. | | | | | Sold | 3/20 | M | | |
| 130. -Microsemi Corp. (MSCC) | | None | | | Sold | 1/4 | K | | |
| 131. -Mindray Med Int'l (MR) | | None | | | Buy (add'l) | 1/9 | L | | |
| 132. | | | | | Buy (add'l) | 1/15 | M | | |
| 133. | | | | | Sold | 3/20 | M | | |
| 134. -Nat'l Oilwell (NOV) | | None | | | Buy (add'l) | 1/9 | L | | |
| 135. | | | | | Sold | 3/20 | L | | |
| 136. -Nexen Inc. (NXY) | A | Dividend | | | Sold | 3/20 | K | B | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 137. -Nucor Group (NUE) | | None | | | Buy | 2/29 | M | | |
| 138. | | | | | Sold | 3/20 | M | D | |
| 139. -NVIDIA Corp. (NVDA) | | None | | | Buy | 1/9 | M | | |
| 140. | | | | | Sold | 3/20 | L | | |
| 141. -NYMEX Holdings (NMX) | A | Dividend | | | Buy (add'l) | 1/9 | L | | |
| 142. | | | | | Sold | 3/20 | L | | |
| 143. -NYSE Euronext (NYX) | A | Dividend | | | Buy (add'l) | 1/9 | L | | |
| 144. | | | | | Sold | 3/20 | L | | |
| 145. -Oceaneering Int'l (OII) | | None | | | Buy (add'l) | 1/2 | M | | |
| 146. | | | | | Sold | 3/20 | M | | |
| 147. -Qualcomm Inc. (QCOM) | A | Dividend | | | Buy (add'l) | 1/2 | M | | |
| 148. | | | | | Sold | 3/13 | M | | |
| 149. -Quanta Services (PWR) | | None | | | Sold | 1/4 | K | | |
| 150. -Research in Motion, LTD F (RIMM) | | None | | | Buy | 1/22 | M | | |
| 151. | | | | | Sold | 3/12 | M | D | |
| 152. -Respironics Inc (RESP) | | None | | | Sold | 1/4 | K | D | |
| 153. -Rockwell Collins (COL) | A | Dividend | | | Sold | 2/12 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| SEYMOUR, STEPHANIE K. | 5/13/2009 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 154. -Sch Muni Money Fund (SWXXX) (cash equivalent) | C | Dividend | J | T | Open | 2/29 | P1 | | |
| 155. -Schlumberger (SLB) | A | Dividend | | | Buy (add'l) | 1/9 | M | | |
| 156. | | | | | Sold | 3/20 | M | | |
| 157. -Suntech Power Hldgs (STP) | | None | | | Buy | 1/9 | L | | |
| 158. | | | | | Buy (add'l) | 1/18 | L | | |
| 159. | | | | | Buy (add'l) | 2/12 | M | | |
| 160. | | | | | Buy (add'l) | 2/27 | M | | |
| 161. | | | | | Sold | 3/20 | M | | |
| 162. -Tenaris A ADR F (TS) | | | | | Buy | 3/5 | M | | |
| 163. | | | | | Sold | 3/20 | M | D | |
| 164. -Vulcan Materials (VMC) | | None | | | Sold | 1/2 | K | | |
| 165. -Watson Wyatt Worldwide (WW) | | None | | | Buy | 2/27 | M | | |
| 166. | | | | | Sold | 3/20 | M | | |
| 167. Brokerage #5 | | | | | | | | | |
| 168. -Ariz Hlth Facs Auth Rev Due 1/1/2032 | B | Interest | | | Buy | 5/20 | M | | |
| 169. | | | | | Sold | 8/26 | M | | |
| 170. -Bell Cnty Tx Health Fac Dev Due 9/1/2046 | A | Interest | | | Buy | 6/18 | M | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SEYMOUR, STEPHANIE K. | 5/13/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 171. | | | | | Sold | 6/25 | M | | |
| 172. -Co Hlth Facs. Auth Rev Due 10/1/2041 | B | Interest | | | Sold | 2/5 | M | A | |
| 173. -Coastal Bend Health Tx Rev Due 7/1/2031 | A | Interest | | | Buy | 6/30 | M | | |
| 174. | | | | | Sold | 7/7 | M | | |
| 175. -Denver Colo City & Cnty Rev Due 11/15/2025 | A | Interest | | | Buy | 2/5 | K | | |
| 176. | | | | | Sold | 2/6 | K | | |
| 177. -Harris Cnty Tex Hlth Dev Corp Rev Due 7/1/2031 | A | Interest | | | Buy | 7/29 | M | | |
| 178. | | | | | Sold | 8/26 | M | | |
| 179. -Harris Cnty Tex Health Facs Rev Due 11/15/2035 | A | Interest | | | Buy | 5/22 | M | | |
| 180. | | | | | Sold | 5/29 | M | | |
| 181. -Harris Cnty Tex Health Facs Dev Rev Due 11/15/2047 | A | Interest | | | Buy | 5/16 | M | | |
| 182. | | | | | Sold | 6/23 | M | | |
| 183. -Harris Cnty Tex Health Facs Rev Due 11/15/2047 | B | Interest | | | Buy | 5/22 | M | | |
| 184. | | | | | Sold | 6/20 | M | | |
| 185. | | | | | Buy | 6/25 | M | | |
| 186. | | | | | Sold | 8/27 | M | | |
| 187. -Highlands Cnty Fla Health Rev Due 11/15/2035 | A | Interest | | | Buy | 5/21 | M | | |

1. Income Gain Codes:    A =$1,000 or less    B =$1,001 - $2,500    C =$2,501 - $5,000    D =$5,001 - $15,000    E =$15,001 - $50,000
(See Columns B1 and D4)    F =$50,001 - $100,000    G =$100,001 - $1,000,000    H1 =$1,000,001 - $5,000,000    H2 =More than $5,000,000
2. Value Codes    J =$15,000 or less    K =$15,001 - $50,000    L =$50,001 - $100,000    M =$100,001 - $250,000
(See Columns C1 and D3)    N =$250,001 - $500,000    O =$500,001 - $1,000,000    P1 =$1,000,001 - $5,000,000    P2 =$5,000,001 - $25,000,000
   P3 =$25,000,001 - $50,000,000    P4 =More than $50,000,000
3. Value Method Codes    Q =Appraisal    R =Cost (Real Estate Only)    S =Assessment    T =Cash Market
(See Column C2)    U =Book Value    V =Other    W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| SEYMOUR, STEPHANIE K. | 5/13/2009 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | B. (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | C. (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | D. (2) Date Month - Day | D. (3) Value Code 2 (J-P) | D. (4) Gain Code 1 (A-H) | D. (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 188. | | | | | Sold | 5/28 | M | | |
| 189. -Highlands Cnty Fla Health Auth Rev Due 11/15/2037 | B | Interest | | | Buy | 5/19 | M | | |
| 190. | | | | | Sold | 8/25 | M | | |
| 191. -Highlands Cnty Fl Hlth Facs Ath Rev Due 11/15/2037 | B | Interest | | | Buy | 6/4 | M | | |
| 192. | | | | | Sold | 8/27 | M | | |
| 193. -Indiana Hlth & Ed Fac Fing Auth Rev Due 2/15/2030 | B | Interest | | | Buy | 5/23 | M | | |
| 194. | | | | | Sold | 8/4 | M | | |
| 195. -Ishares MSCI Emerging Mkt In Fd | C | Int./Div. | | | Sold | 9/25 | N | | See Part VIII |
| 196. -Knox Cnty Tn Hlt Edl&hsg Fac Brd Rev Due 1/1/2046 | A | Interest | | | Buy | 5/29 | M | | |
| 197. | | | | | Sold | 6/12 | M | | |
| 198. | | | | | Buy | 7/17 | M | | |
| 199. | | | | | Sold | 8/21 | M | | |
| 200. -Knox Cnty Tenn Health Edl Rev Due 1/1/2046 | A | Interest | | | Buy | 7/15 | M | | |
| 201. | | | | | Sold | 8/26 | M | | |
| 202. -Louisiana Pub Facs Auth Rev Due 7/1/2041 | A | Interest | | | Buy | 6/27 | M | | |
| 203. | | | | | Sold (part) | 7/3 | K | | |
| 204. | | | | | Sold | 7/18 | M | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SEYMOUR, STEPHANIE K. | 5 13 2009 |

## VII. INVESTMENTS and TRUSTS – _income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)_

☐ NONE _(No reportable income, assets, or transactions.)_

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 205. | | | | | Buy | 8/15 | M | | |
| 206. | | | | | Sold | 8/22 | M | | |
| 207. -NC Med Care Health Care Rev Due 12/1/2 036 | B | Interest | | | Buy | 5/22 | M | | |
| 208. | | | | | Sold | 6/26 | M | | |
| 209. | | | | | Buy | 7/3 | M | | |
| 210. | | | | | Sold | 8/21 | M | | |
| 211. -NC Med Care Cmnty Hlth Care Facs Rev D ue 12/1/2036 | A | Interest | | | Buy | 8/5 | M | | |
| 212. | | | | | Sold | 8/26 | M | | |
| 213. -Okla Dev Fin Auth Rev Due 8/15/2035 | A | Interest | | | Buy | 2/5 | M | | |
| 214. | | | | | Sold | 2/19 | M | | |
| 215. -Okla St Capitol Auth St Fac Rev Due 7/1/2 035 | A | Interest | | | Sold | 4/1 | L | | |
| 216. -Okla St Capitol Impt Auth Rev Due 7/1/203 1 | D | Interest | | | Sold | 2/15 | P1 | | |
| 217. -Okla. St Capitol nImpt Auth Rev Due 7/1/2 032 | C | Interest | | | Sold | 2/15 | O | | |
| 218. -Okla St Capitol Impt Auth St Rev Due 7/1/ 2033 | D | Interest | | | Sold | 2/25 | O | | |
| 219. -Okla.St Capitol Impt Facs Rev Due 7/1/203 4 | B | Interest | | | Sold | 2/25 | N | | |
| 220. -Okla St Inds Auth Rev Due 8/15/2029 | B | Interest | | | Sold | 2/15 | M | | |
| 221. -Okla St Tpk Auth Rev Due 1/1/2028 | E | Interest | | | Sold (part) | 2/22 | P1 | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| SEYMOUR, STEPHANIE K. | 5/13/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 222. | | | | | Sold | 2/27 | M | | |
| 223. -Pasco Cnty Fla Sch Brd Ctfs Partn Due 8/1 /2030 | A | Interest | | | Buy | 7/3 | M | | |
| 224. | | | | | Sold | 7/24 | M | | |
| 225. -Reid Hosp & Health Care Svcs Rev Due 1 /1/2045 | A | Interest | | | Buy | 5/23 | M | | |
| 226. | | | | | Sold | 6/17 | M | | |
| 227. -Reid Hosp & Hlt Care Svc Richmd Rev Due 1/1/2045 | A | Interest | | | Buy | 6/3 | M | | |
| 228. | | | | | Sold | 6/10 | M | | |
| 229. -St. Petersburg Fla Hlth Facs Auth Rev Due 11/15/2034 | B | Interest | | | Buy | 6/5 | M | | |
| 230. | | | | | Sold | 8/21 | M | | |
| 231. -Cavanal Hill TX Fr MM -Slct (cash equivalent) | E | Interest | K | T | | | | | See Part VIII |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SEYMOUR, STEPHANIE K. | 5/13/2009 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

Part VII, Line 5
For 2007, reported on Line 76. Moved on this report for organizational purposes only.

Part VII, Line 56, York Tot Access II LLLC Class C -- Purchased 8/1/2007 and inadvertently omitted from 2007 report
2007 Information:
B1 - Blank
B2- None
C1 - O
C2 - T
D1 - Buy
D2 - 8/1/07
D3 - N

Part VII, Line 195, Ishares MSCI Emerging Mkt In Fd
On 2007 report, Line 136, Column D(3) -- Value Code should have been N; inadvertently reported as M.

Part VII, Line 231, Cavanal Hill TX Fr MM -Slct
Formerly Ap TX Fr M M-Select, as reported on 2007 report, Line 175. Name changed on 12/1/2008.

| Name of Person Reporting | Date of Report |
|---|---|
| SEYMOUR, STEPHANIE K. | 5/13/2009 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signat

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544

